UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIYA GJANBOLAJ,

       Plaintiff(s),

-against-

BRAUN DIVISION OF GILETTE,
THE GILETTE COMPANY and
PROCTER & GAMBLE COMPANY,

       Defendant(s).

**NOTICE OF APPEARANCE**

Civil No.: 08-cv-3003 (DLC)

   **PLEASE TAKE NOTICE** that the law firm of **GOLDBERG SEGALLA, LLP** hereby appears as counsel of records for defendants **THE GILETTE COMPANY and PROCTER AND GAMBLE DISTRIBUTING COMPANY,** and request that all future notices and other papers be served upon Goldberg Segalla, LLP at 170 Hamilton Avenue, Suite 203, White Plains, New York 10601-1717.

Dated: White Plains, New York
   April 10, 2008

           Yours, etc.,

     By: /s/ Brian T. Stapleton
        Brian T. Stapleton, Esq (BS5460)
        GOLDBERG SEGALLA, LLP
        **Attorneys for Defendants**
        **THE WELLA CORPORATION and**
        **THE PROCTER AND GAMBLE**
        **DISTRIBUTING COMPANY**
        170 Hamilton Avenue, Suite 203
        White Plains, New York 10601
        Ph: (914) 798-5400
        E-mail: bstapleton@goldbergsegalla.com
        G.S. File No.: 12895.0026
        Juris No.: 402290

## **CERTIFICATION**

I hereby certify that on April 10, 2008, a copy of the Notice of Appearance was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

GOLDBERG SEGALLA, LLP

By: /s/ Brian T. Stapleton
Brian T. Stapleton, Esq. (BS5460)
**Attorneys for Defendants**
**THE WELLA CORPORATION and**
**THE PROCTER AND GAMBLE**
**DISTRIBUTING COMPANY**
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400 – Tel
(914) 798-5401 - Fax
bstapleton@goldbergsegalla.com
G.S. File No.: 4115.0033
Juris No:    402290