UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIYA GJANBOLAJ,

                Plaintiff(s),      **RULE 7.1 DISCLOSURE**

-against-

                                          **Civil No.: 08-cv-3003 (DLC)**

BRAUN DIVISION OF GILETTE,
THE GILETTE COMPANY and
PROCTER & GAMBLE COMPANY,

                Defendant(s).

      Defendants, THE GILLETTE COMPANY and PROCTER AND GAMBLE DISTRIBUTING COMPANY, by their attorneys, Goldberg Segalla, LLP, pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, certifies the following:

      The common stock of the defendants, PROCTER AND GAMBLE DISTRIBUTING COMPANY are traded on the New York Stock Exchange under the parent corporation, The Procter and Gamble Company. No publicly held corporation owned 10% or more of the outstanding shares of The Procter and Gamble Company's common stock.

Dated:  White Plains, New York
         April 10, 2008

                                      Yours, etc.,

                        By:    /s/ Brian T. Stapleton
                                Brian T. Stapleton, Esq (BS5460)
                                GOLDBERG SEGALLA, LLP
                                **Attorneys for Defendants**
                                **THE GILLETTE COMPANY and**
                                **THE PROCTER AND GAMBLE**
                                **DISTRIBUTING COMPANY**
                                170 Hamilton Avenue, Suite 203
                                White Plains, New York 10601
                                (914) 798-5400 - Tel
                                (914) 798-5401 - Fax
                                E-mail: bstapleton@goldbergsegalla.com

## **CERTIFICATION**

I hereby certify that on April 10th, 2008, a copy of the foregoing Rule 7.1 Disclosure was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                    GOLDBERG SEGALLA, LLP

By:    /s/ Brian T. Stapleton
        Brian T. Stapleton, Esq. (BS5460)
        **Attorneys for Defendants**
        **THE WELLA CORPORATION and**
        **THE PROCTER AND GAMBLE**
        **DISTRIBUTING COMPANY**
        170 Hamilton Avenue, Suite 203
        White Plains, New York 10601
        (914) 798-5400 – Tel
        (914) 798-5401 - Fax
        bstapleton@goldbergsegalla.com
        Juris No:     402290