UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SOFIYA GJANBOLAJ,

      Plaintiff,

                    1:08-cv-03003 (DLC)

-against-

BRAUN DIVISION OF GILETTE,
THE GILETTE COMPANY and
PROCTER & GAMBLE COMPANY,

      Defendant.
---------------------------------------------------------X

## STIPULATION REMANDING MATTER TO STATE COURT

**IT IS HEREBY STIPULATED AND AGREED**, by and between the below-named counsel for the parties to the above-captioned matter as follows:

**WHEREAS** this case was originally filed by plaintiff in the Supreme Court for the State of New York located in Kings County; and

**WHEREAS** this case involved parties who are diverse to each other; and

**WHEREAS** the defendants in this case removed this case to this Federal Court on the basis of diversity; but

**WHEREAS** the parties have stipulated that the amount in controversy, inclusive of interest and costs, does not exceed seventy-four thousand nine hundred ninety-nine dollars ($74,999.00), and the plaintiff has agreed that under no circumstances shall any recovery in this matter exceed seventy-four thousand nine hundred ninety-nine dollars ($74,999.00). (*See* Stipulation, attached hereto as **Exhibit "A"**).

1

It is therefore stipulated and agreed that it is appropriate that this matter be remanded to the Supreme Court of the State of New York for the County of Kings.

Dated: White Plains, New York
June 9, 2008

| GOLDBERG SEGALLA, LLP | IRINA P. VAIMAN, P.C. |
|---|---|
| By:   s/ Brian T. Stapleton, Esq. | By:   s/ Irina P. Vaiman, Esq. |
| Brian T. Stapleton, Esq. | Irina P. Vaiman, Esq. |
| 170 Hamilton Avenue, Suite 203 | 1322 Gravesend Neck Road |
| White Plains, New York 10601 | Brooklyn, New York 11229 |
| (914) 798-5400 | (718) 743-6611 |
| *Attorney for the Defendants* | *Attorney for the Plaintiff* |
| *The Gillette Company and Procter and Gamble Company* | *Sofiya Gjanbolaj* |

**SO ORDERED:**

_____
**Denise L. Cote, U.S.D.J.**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9th, 2008, a copy of the foregoing Stipulation was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:     s/ Brian T. Stapleton, Esq.
Brian T. Stapleton, Esq. (BS5640)
Attorney for Defendants
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Tel:     (914) 798-5400
Fax:     (914) 798-5401
bstapleton@goldbergsegalla.com
GS File No.:    12895.0026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

SOFIYA GJANBOLAJ,

                    Plaintiff,

                    08 Civ. 3003 (DLC)

-against-

BRAUN DIVISION OF GILETTE,
THE GILETTE COMPANY and PROCTER & GAMBLE
COMPANY,

                    Defendant.
------------------------------------------------------------ X

## STIPULATION REMANDING MATTER TO STATE COURT

**IT IS HEREBY STIPULATED AND AGREED**, by and between the below-named counsel for the parties to the above-captioned matter as follows:

**WHEREAS** this case was originally filed by the plaintiff in the Supreme Court for the State of New York located in Kings County; and

**WHEREAS** this case involves parties who are diverse to each other; and

**WHEREAS** the defendants in this case removed this case to this Federal Court on the basis of diversity; and

**WHEREAS** the parties have agreed that the amount in controversy, inclusive of interest, fees and costs, does not exceed SEVENTY-FOUR THOUSAND NINE HUNDRED NINETY-NINE DOLLARS ($74,999.00); and

**WHEREAS** the plaintiff has agreed that under no circumstance shall any recovery in this matter, inclusive of interest, fees, and costs, exceed SEVENTY-FOUR THOUSAND NINE HUNDRED NINETY-NINE DOLLARS ($74,999.00);

**IT IS THEREFORE STIPULATED AND AGREED** that

1

1. It is appropriate for this matter be remanded to the Supreme Court of the State of New York for the County of Kings;

2. A photocopy or facsimile of this completely executed Stipulation may be filed with the Court as having the full force and effect as if the original were so filed; and

3. This Stipulation may be executed in counterparts; each counterpart shall be treated as an original and all counterparts together shall constitute one and the same instrument; and

4. Such Stipulation may be entered by either party against the other without further notice to any other party.

Dated: White Plains, New York
May 20, 2008

GOLDBERG SEGALLA, LLP

By: _____
Brian T. Stapleton, Esq. (BS 5640)
Attorney for Defendants
THE GILLETTE COMPANY and
PROCTER & GAMBLE CO.
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5400

IRINA P. VAIMAN, P.C.

By: _____
Irina P. Vaiman, Esq.
Attorney for Plaintiff
SOFIYA GJANBOLAJ
1322 Gravesend Neck Road
Brooklyn, New York 11229
(718) 743-6611

111923.1